IN RE:                                  CASE NO. 08-51432-S

PAMELA F. SCHLEGEL                CHAPTER 7

      Debtor                            REPORT OF DIVIDEND
                                                     <u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #112 in the amount of $1.21 was issued on October 8, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                     Amt. of Dividend

Claim #1       Ashley Funding Services LLC       $    1.51
               its successors and assigns as assignee
               of Laboratory Corp
               Resurgent Capital Services
               PO Box 10587
               Greenville, SC   29603-0587

TOTAL:                                                   $    1.51

*ck # 712*
*receipt # 81874*

                                                       _____
                                                       HAROLD A. CORZIN, TRUSTEE
                                                       304 N. Cleveland-Massillon Rd.
                                                       Akron, Ohio 44333
                                                       (330) 670-0770

October 20, 2010